**BEUS GILBERT McGRODER** PLLC
ATTORNEYS AT LAW
701 NORTH 44TH STREET
PHOENIX, ARIZONA 85008-6504
TELEPHONE (480) 429-3000

Leo R. Beus / 002687 / lbeus@beusgilbert.com
Michael K. Kelly / 014203 / mkelly@beusgilbert.com
Timothy J. Casey  / 013492 / tcasey@beusgilbert.com
K. Reed Willis / 028060 / rwillis@beusgilbert.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Swarm Technology, LLC, an Arizona limited liability company,<br><br>            Plaintiff,<br><br>v.<br><br>Amazon.com, Inc., and Amazon Web Services, Inc.,<br><br>            Defendants. | Case No.: CV-21-00438-PHX-DJH<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF COURT'S MARCH 17, 2021 ORDER** |

Plaintiff Swarm Technology, LLC hereby submits this Notice, pursuant to the Court's Order (Dkt. 11 at Page 2, Lines 2-3), that this date Plaintiff has served a copy of the Court's March 17, 2021 Order on the Defendants via personal service by a registered process server on Defendants at the same location they were served with the Complaint with its attachments.

(779282v1)

DATED this 18th day of March 2021.

> BEUS GILBERT McGRODER PLLC
>
> By  /s/Timothy J. Casey
> Leo R. Beus
> Michael K. Kelly
> Timothy J. Casey
> K. Reed Willis
> 701 North 44th Street
> Phoenix, AZ  85008-6504
> (480) 429-3015
> Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on **March 18th 2021**, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

> /s/Nancy Leahy
> Nancy Leahy, Beus Gilbert McGroder, PLLC
> Attorneys for Plaintiff

(779282v1)

2

## Nancy Leahy

| | |
|---|---|
| **From:** | WSP Server <DBSServer@dbsinfo.net> on behalf of Hot Shot Delivery Inc. <patti@hotshotaz.com> |
| **Sent:** | Thursday, March 18, 2021 4:03 PM |
| **To:** | Nancy Leahy |
| **Cc:** | Hot Shot Delivery Inc. |
| **Subject:** | DEK Status on 100480-1 (Amazon Web Services Inc) |

To: Beus Gilbert McGroder PLLC

This is an automated message relating to:

**Our Job Number:** 2021000556
**Your Reference Number:** 100480-1
**Party To Be Served:** Amazon Web Services Inc
**Documents To Be Served:** Letter, Order
**Case Info:** Arizona CV-21-438-PHX-JZB
**Case Style:** SWARM TECHNOLOGY LLC vs. AMAZON.COM INC and AMAZON WEB SERVICES INC

Original Service Address: Amazon Web Services Inc, C/O Corporation Service Company, Statutory Agent, 8825 N 23rd Ave #100, Phoenix, AZ 85021

Latest Status: 3/18/2021 1:14 pm Served upon Corporation Service Co. by serving Brooklyn vandeventer. white female 25 years old blonde hair no glasses 5 ft 3 160 lb.

Thank you,
Hot Shot Delivery Inc.
patti@hotshotaz.com
Phone: (602) 277-4747

More detailed status is available at www.PstProStatus.net

1