**BEUS GILBERT McGRODER PLLC**
ATTORNEYS AT LAW
701 NORTH 44TH STREET
PHOENIX, ARIZONA 85008-6504
TELEPHONE (480) 429-3000

Leo R. Beus / 002687 / lbeus@beusgilbert.com
Michael K. Kelly / 014203 / mkelly@beusgilbert.com
Timothy J. Casey / 013492 / tcasey@beusgilbert.com
Christine N. Jones / 018425/ cjones@beusgilbert.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Swarm Technology, LLC, an Arizona limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> Amazon.com, Inc., and Amazon Web Services, Inc., <br><br> Defendants. | Case No.: CV-21-00438-PHX-DJH <br><br> **NOTICE OF WITHDRAWAL OF KENNETH REED WILLIS AS COUNSEL OF RECORD FOR PLAINTIFF SWARM TECHNOLOGY, LLC** |

    Pursuant to Rule 83.3(b), District Court of Arizona Rules of Practice and Procedure, Plaintiff Swarm Technology LCC hereby gives notice of withdrawal of Beus Gilbert McGroder PLLC attorney Kenneth Reed Willis as counsel of record.

    Plaintiff continues to be represented by Beus Gilbert McGroder PLLC and its attorneys Leo R. Beus, Michael K. Kelly, Timothy J. Casey, and Christine N. Jones.

(860744.1)

DATED this 16th day of July 2021.

        **BEUS GILBERT McGRODER PLLC**

        By   */s/Michael K. Kelly*
         Leo R. Beus
         Michael K. Kelly
         Timothy J. Casey
         Christine N. Jones
         701 North 44th Street
         Phoenix, AZ  85008-6504
         (480) 429-3015
         Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing.

         */s/Nancy Leahy*
        Nancy Leahy, Beus Gilbert McGroder, PLLC
        Attorneys for Plaintiff