**BEUS GILBERT McGRODER** PLLC
ATTORNEYS AT LAW
701 NORTH 44TH STREET
PHOENIX, ARIZONA 85008-6504
TELEPHONE (480) 429-3000

Leo R. Beus / 002687 / lbeus@beusgilbert.com
Michael K. Kelly / 014203 / mkelly@beusgilbert.com
Christine N. Jones / 018425/ cjones@beusgilbert.com
Daniel J. Anderson / 030338 / danderson@beusgilbert

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Swarm Technology, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Amazon.com, Inc., and Amazon Web Services, Inc.,<br><br>Defendants. | Case No.: CV-21-00438-PHX-DJH<br><br>**MOTION TO REASSIGN CASE IN THE U.S. DISTRICT COURT OF ARIZONA** |

Plaintiff has received this Court's Order of 9 December 2021, 12:24 p.m. in the captioned matter.

The undersigned has communicated with Dr. Douglas J. Sylvester, the former Law School Dean at the Sandra Day O'Connor School of Law at Arizona State University. Both Dean Sylvester and the undersigned have very high regard for Your Honor, and Dean Sylvester and the undersigned want that to be known. And we hope that's reciprocal.

The undersigned would note that Mr. Beus' name has been on every pleading since inception, and Dean Sylvester has been retained in this and other cases for the Beus Gilbert

(933844.1)

McGroder law firm. In fact, the undersigned was going to argue the Motion for Leave to Amend on 13 December 2021. Dean Sylvester's Declaration was used in this Motion and it was not intended to create a conflict.

Both Dean Sylvester and the undersigned agree that, under the circumstances and in view of the relationship that Dean Sylvester and the undersigned feel they have with Your Honor and, in order to make everybody comfortable and to avoid any appearance of conflict, we respectfully request that this case be assigned to another Judge in this District.

Respectfully submitted this 10th day of December 2021.

**BEUS GILBERT McGRODER PLLC**

By   */s/Leo R. Beus*
Leo R. Beus
Michael K. Kelly
Christine N. Jones
Daniel J. Anderson
701 North 44th Street
Phoenix, AZ  85008-6504
(480) 429-3000
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing. A copy of the foregoing was electronically provided by the ECF System to all counsel of record.

   */s/Nancy Leahy*
Nancy Leahy

(933844.1)                                    2