# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Swarm Technology LLC, | No. CV-21-00438-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Amazon.com Incorporated, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion to Reassign Case (Doc. 73), to which Defendants have filed a Response in Opposition (Doc. 75).

Any judge is required to disqualify herself in any proceeding where her "impartiality might reasonably be questioned." 28 U.S.C. § 455(a). By prior Order, the Court noted the potential appearance of a conflict. (Doc. 71). Plaintiff has included in its filings a declaration from Dr. Douglas J. Sylvester, the former Law School Dean at the Sandra Day O'Connor College of Law at Arizona State University. (Doc. 66 -15). The law school is housed in a building named after Plaintiff's counsel. In addition, Plaintiff has used the Arizona State University logo in its demonstrative exhibits. (Doc. 61-1 at 2). As previously noted, the Court is a graduate of Arizona State University's law school, has served as a Professor of Practice at the law school, has served in the Arizona State University's Office of General Counsel, and has a professional and personal relationship with Dr. Sylvester. (Doc. 71).

Therefore, I hereby recuse myself from the above-captioned matter and refer this

case to the Clerk of Court to be reassigned, by random lot, to another judge in the District of Arizona.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Reassign Case (Doc. 73) is **granted**. This matter has been reassigned by the Clerk of Court, by random lot, to the Honorable Michael T. Liburdi, United States District Judge. All future pleadings and papers submitted for filing shall bear the following complete case number: CV-21-00438-PHX-MTL.

Dated this 13th day of December, 2021.

Honorable Diane J. Humetewa
United States District Judge