# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Swarm Technology LLC, | No. CV-21-00438-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Amazon.com Incorporated, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 455(a), I hereby recuse myself from any further action in the above-captioned matter and order this case to be reassigned, by random draw, to another Judge in the District of Arizona. I am informed by the Clerk of the Court that Chief Judge G. Murray Snow has been drawn. Accordingly,

**IT IS ORDERED** that this matter is reassigned to the Honorable G. Murray Snow, United States District Chief Judge. All future pleadings and papers submitted for filing shall bear the following complete case number: CV-21-00438-PHX-GMS.

Dated this 13th day of December, 2021.

Michael T. Liburdi
United States District Judge