**BEUS GILBERT McGRODER PLLC**
ATTORNEYS AT LAW
701 NORTH 44TH STREET
PHOENIX, ARIZONA 85008-6504
TELEPHONE (480) 429-3000

Leo R. Beus / 002687 / lbeus@beusgilbert.com
Michael K. Kelly / 014203 / mkelly@beusgilbert.com
Christine N. Jones / 018425/ cjones@beusgilbert.com
Daniel J. Anderson / 030338 / danderson@beusgilbert.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Swarm Technology, LLC, an Arizona limited liability company | Case No.: CV-21-00438-PHX-DJH |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| Amazon.com, Inc., and Amazon Web Services, Inc., | |
| Defendants. | |

Lori L. Voepel of the law firm of Beus Gilbert McGroder PLLC, hereby gives notice of his appearance as counsel of record for Plaintiff Swarm Technology, LLC.

DATED this 17th day of February 2022.

**BEUS GILBERT McGRODER PLLC**

By   */s/Michael K. Kelly*
    Leo R. Beus
    Michael K. Kelly
    Christine N. Jones
    Daniel J. Anderson
    701 North 44th Street
    Phoenix, AZ 85008-6504
    Attorneys for Plaintiff

(968357)

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing.

                                        */s/Nancy Leahy*
                                        Nancy Leahy