1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BEUS GILBERT McGRODER** PLLC
ATTORNEYS AT LAW
701 NORTH 44ᵀᴴ STREET
PHOENIX, ARIZONA  85008-6504
TELEPHONE (480) 429-3000

Leo R. Beus / 002687 / lbeus@beusgilbert.com
Michael K. Kelly / 014203 / mkelly@beusgilbert.com
Christine N. Jones / 018425/ cjones@beusgilbert.com
Daniel J. Anderson / 030338 / danderson@beusgilbert

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Swarm Technology, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Amazon.com, Inc., and Amazon Web Services, Inc.,<br><br>Defendants. | Case No.: CV-21-00438-PHX-DWL<br><br>**NOTICE OF RELATED ADMINISTRATIVE PROCEEDING** |

Plaintiff Swarm Technology LLC ("Swarm") hereby informs the Court of a recent development in an administrative matter related to this case, namely *Inter Partes* Review No. IPR2022-00283 ("IPR").  The Petition ("Petition") seeking the IPR was filed by Amazon.com, Inc. and Amazon Web Services, Inc. ("Amazon") against Swarm with the Patent Trial and Appeal Board ("PTAB") at the U.S. Patent & Trademark Office ("USPTO") on 8 December 2022, seeking review of U.S. Patent No. 9,852,004 which is at issue in this case.  On 11 April 2022 Swarm filed its Patent Owner's Preliminary Response in the PTAB in connection with

(1015746)

the IPR.  A copy of the Patent Owner's Preliminary Response is attached for the Court's

convenience as Exhibit 1 hereto.

DATED this 12th day of April 2022

**BEUS GILBERT McGRODER PLLC**

By  */s/Michael K. Kelly*
            Leo R. Beus
            Michael K. Kelly
            Christine N. Jones
            Daniel J. Anderson
            701 North 44th Street
            Phoenix, AZ  85008-6504
            (480) 429-3000
            Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on 12 April 2022 I electronically transmitted the foregoing

document to the Clerk's Office using the ECF System for filing.  A copy of the foregoing was

electronically provided by the ECF System to all counsel of record.

            */s/Nancy Leahy*
            Nancy Leahy, Beus Gilbert McGroder PLLC

(1015746)