Andrew M. Federhar (No. 006567)
Jessica A. Gale (No. 030583)
SPENCER FANE LLP
2415 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
T: +1.602.333.5430; F: +1.602.333.5431
afederhar@spencerfane.com
jgale@spencerfane.com

Maximilian A. Grant (*pro hac vice*)
Adam M. Greenfield (*pro hac vice*)
Gabriel K. Bell (*pro hac vice*)
David A. Zucker (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Ste. 1000
Washington, D.C. 20004
T: +1.202.637.2200; F: +1.202.637.2201
max.grant@lw.com
adam.greenfield@lw.com
gabriel.bell@lw.com
david.zucker@lw.com

Kimberly Q. Li (*pro hac vice*)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
T: +1.617.948.6000; F: +1.617.948.6001
kimberly.li@lw.com

*Attorneys for Defendants Amazon.com, Inc.
and Amazon Web Services, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Swarm Technology, LLC, | Case No. 2:21-cv-00438-DWL |
| Plaintiff, | **NOTICE OF DECISION IN RELATED IPR PROCEEDING** |
| v. | |
| Amazon.com, Inc., and Amazon Web Services, Inc., | |
| Defendants. | |

1  Defendants Amazon.com, Inc. and Amazon Web Services, Inc. (collectively, "Amazon") provide notice to this Court that on June 29, 2022 the Patent Trial and Appeal Board ("PTAB") instituted *inter partes* review of asserted U.S. Patent No. 9,852,004. That decision reflects the PTAB's determination that there is a reasonable likelihood that all claims of the '004 patent are invalid. 35 U.S.C. § 314. A copy of the PTAB's decision and accompanying scheduling order are attached hereto as Exhibit A.

Amazon separately filed a petition for *inter partes* review of asserted U.S. Patent No. 10,592,275, which remains pending. *See* Dkt. No. 88. In addition, the '004 and '275 patents are each the subject of separate *inter partes* reviews filed by Juniper Networks. *See* IPR2021-01445 (PTAB), IPR2022-00141 (PTAB). Both of those IPRs were also instituted, reflecting the PTAB's determinations that Juniper has separately shown a reasonable likelihood that all challenged claims of those two patents are invalid.

DATED: June 29, 2022

SPENCER FANE LLP

By */s/Andrew M. Federhar (with permission)*
Andrew M. Federhar
Jessica A. Gale

*Attorneys for Defendants Amazon.com, Inc. and Amazon Web Services, Inc.*

LATHAM & WATKINS LLP

By */s/ David A. Zucker*
Maximilian A. Grant
Adam M. Greenfield
Gabriel K. Bell
David A. Zucker
Kimberly Q. Li

*Attorneys for Defendants Amazon.com, Inc. and Amazon Web Services, Inc.*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2  I hereby certify that on June 29, 2022, a copy of the foregoing was filed
3 electronically using the Clerk of Court's CM/ECF system, which will provide notice to all
4 counsel of record.

　　　　　　　　　　　　　　　　　　　*/s/ David A. Zucker*
　　　　　　　　　　　　　　　　　　　David A. Zucker

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Amazon.com, Inc.*
　　　　　　　　　　　　　　　　　　　*and Amazon Web Services, Inc.*