Andrew M. Federhar (No. 006567)
Jessica A. Gale (No. 030583)
SPENCER FANE LLP
2415 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
T: +1.602.333.5430; F: +1.602.333.5431
afederhar@spencerfane.com
jgale@spencerfane.com

Maximilian A. Grant (*pro hac vice*)
Adam M. Greenfield (*pro hac vice*)
Gabriel K. Bell (*pro hac vice*)
David A. Zucker (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Ste. 1000
Washington, D.C. 20004
T: +1.202.637.2200; F: +1.202.637.2201
max.grant@lw.com
adam.greenfield@lw.com
gabriel.bell@lw.com
david.zucker@lw.com

Kimberly Q. Li (*pro hac vice*)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
T: +1.617.948.6000; F: +1.617.948.6001
kimberly.li@lw.com

*Attorneys for Defendants Amazon.com, Inc.
and Amazon Web Services, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Swarm Technology, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Amazon.com, Inc., and Amazon Web Services, Inc.,<br><br>Defendants. | Case No. 2:21-cv-00438-DWL<br><br>**NOTICE OF DECISION IN RELATED *JUNIPER* CASE UNDER § 101** |

1    Defendants Amazon.com, Inc. and Amazon Web Services, Inc. provide notice to
2 this Court that on August 1, 2022, the court in *Juniper Networks Inc. v. Swarm Technology*
3 *LLC*, Case No. 3:20-cv-3137-JD (N.D. Cal. 2022), issued the enclosed decision regarding
4 Juniper's motion to dismiss under 35 U.S.C. § 101.  The court granted Juniper's motion to
5 dismiss Swarm's claims with respect to U.S. Patent No. 9,146,777, noting that the patent
6 "is directed to an abstract idea and lacks an inventive concept."  Opinion at 11.  The court
7 granted Swarm leave to amend as to this patent, but noted that "[i]n light of the plain
8 language of the claims in the patent, the Court has some doubt that Swarm can amend
9 around this problem."  *Id.*  The court further dismissed Swarm's claims with respect to U.S.
10 Patent Nos. 9,852,004 and 10,592,275 based on this Court's prior order invalidating those
11 patents (Dkt. No. 64), with leave to re-allege infringement of them only as developments
12 in this case may warrant.  *Id.* at 2.  This decision supports denial of Swarm's opposed
13 motion for leave to amend in this case.

14    DATED this 2nd day of August, 2022

   SPENCER FANE LLP

   By */s/ Andrew M. Federhar*
   Andrew M. Federhar
   Jessica A. Gale

   *Attorneys for Defendants Amazon.com, Inc. and Amazon Web Services, Inc.*

   LATHAM & WATKINS LLP

   By */s/ David A. Zucker*
   Maximilian A. Grant
   Adam M. Greenfield
   Gabriel K. Bell
   David A. Zucker
   Kimberly Q. Li

   *Attorneys for Defendants Amazon.com, Inc. and Amazon Web Services, Inc.*

1

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on August 2, 2022, a copy of the foregoing was filed |
| 3 | electronically using the Clerk of Court's CM/ECF system, which will provide notice to all |
| 4 | counsel of record. |
| 5 | |
| 6 | /s/ Katrina Thomas |