# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Swarm Technology LLC, | No. CV-21-00438-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Amazon.com Incorporated, et al., | |
| Defendants. | |

**IT IS ORDERED** that the parties' stipulation (Doc. 110) is granted.

**IT IS FURTHER ORDERED** that this action is stayed in its entirety until the PTAB has issued a final written decision in IPR2022-00283 and in IPR2022-00633.

**IT IS FURTHER ORDERED** that Swarm and Amazon shall submit a Joint Status Report within fourteen (14) days of the later of such final written decision. The Joint Status Report shall set forth Swarm's and Amazon's position on whether the stay should be extended, with each side permitted five (5) pages.

**IT IS FURTHER ORDERED** that Amazon's Motion to Stay Pending Inter Partes Review (Doc. 106) is denied without prejudice as moot.

Dated this 20th day of September, 2022.

Dominic W. Lanza
United States District Judge