**BEUS GILBERT McGRODER PLLC**
ATTORNEYS AT LAW
701 NORTH 44TH STREET
PHOENIX, ARIZONA 85008-6504
TELEPHONE (480) 429-3000

Michael K. Kelly / 014203 / mkelly@beusgilbert.com
Christine N. Jones / 018425/ cjones@beusgilbert.com
Daniel J. Anderson / 030338 / danderson@beusgilbert.com
Lori L. Voepel / 015342 / lvoepel@beusgilbert.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Swarm Technology, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Amazon.com, Inc., and Amazon Web Services, Inc.,<br><br>Defendants. | Case No.: CV-21-00438-PHX-DJH<br><br>**NOTICE OF WITHDRAWAL OF LEO R. BEUS AS COUNSEL OF RECORD FOR PLAINTIFF SWARM TECHNOLOGY, LLC** |

Pursuant to Rule 83.3(b), District Court of Arizona Rules of Practice and Procedure, Plaintiff Swarm Technology, LLC hereby gives notice of withdrawal of Beus Gilbert McGroder PLLC attorney Leo R. Beus as counsel of record. Leo R. Beus passed away on November 14, 2022.

Plaintiff continues to be represented by Beus Gilbert McGroder PLLC and its attorneys Michael K. Kelly, Christine N. Jones, Daniel J. Anderson, and Lori L. Voepel.

DATED this 27th day of December 2022.

**BEUS GILBERT McGRODER PLLC**

By    */s/Michael K. Kelly*
      Michael K. Kelly
      Christine N. Jones
      Daniel J. Anderson
      Lori L. Voepel
      701 North 44th Street
      Phoenix, AZ  85008-6504
      Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing.

        */s/ Lisa Hoogervorst*